

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JOSE SALVADOR HERNANDEZ, | § | No. 08-21-00023-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st[th] District Court |
| ARLEON, LLC AND ISSE INVESTMENT GROUP CORPORATION, | § | of El Paso County, Texas |
| | § | (TC # 2017DCV2709) |
| Appellee. | § | |

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until July 9, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. David Pierce, the Appellant's attorney, prepare the Appellant's Brief and forward the same to this Court on or before July 9, 2021.

IT IS SO ORDERED this 9th day of June, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.